UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA VIDARTE,<br><br>                      Plaintiff,<br><br>-against-<br><br>JAIME BURGOS, Staff Sergeant of Nation Guard of NY State,<br><br>                      Defendant. | 1:21-CV-2106 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 28, 2021, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims brought on behalf of her minor child without prejudice, and dismisses Plaintiff's claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:   June 28, 2021
          New York, New York

                                                   /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                               Chief United States District Judge